AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/17/20 |
| NAME OF SERVER (PRINT) Nancy Bechdoldt | TITLE Private Detective |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Kevin Burdine General Manager of Holiday Inn Express Suites Vandalia IL.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/17/20
Date

Nancy Bechdoldt
Signature of Server

P.O. Box 1341, Salem IL. 62881
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Durbin Investigations**
**Nancy Bechdoldt**
IL Private Detective Agency Lic. #117-001488
IL Private Detective Lic. #115-002115

Caption: _Deborah Laufer v. Rick Cripe d/b/a Holiday Inn Express & Suites Vandalia_

Case #: _20-CV-758 GCS_

## AFFIDAVIT OF SERVICE

**Nancy Bechdoldt**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a Licensed Private Detective, License #115.002115 under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- **X** Summons and complaint _Civil_
- ___ Subpoena
- ___ Notice of Hearing
- ___ Rule to Show Cause
- ___ Citation to Discover Assets
- ___ Other: _____

DATE AND TIME OF SERVICE: _8/17_ 20_20_ _8:40_ am/pm

LOCATION/ADDRESS DELIVERED: _Holiday Inn Express & Suites 21 Mattes Ave. Vandalia IL_

That I personally handed the above described documents to:

_Kevin Burdine General Manager of Holiday Inn Express & Suites Vandalia_

That I made the following type of service:

PHYSICAL DESCRIPTION:
Ht: _6'0_   Wt: _200_
Race: _W+_   Age: _DOB 7/11/66_
Male: _X_   Female: ___

___ Personal service on the defendant/witness/or named party.

___ Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

**X** Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent Defendant Corporation.

___ Non-Service for the reason that after diligent investigation found

_____
_____
_____
_____

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

_Nancy Bechdoldt_
Detective Nancy Bechdoldt Lic. # 117.001488

P.O. Box 1341
Salem, IL 62881
Phone: (618)267-0472