IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH LAUFER, Individually,<br><br>   Plaintiff,<br><br>v.<br><br>RICK A. CRIPE d/b/a HOLIDAY INN EXPRESS & SUITES VANDALIA, Individually,<br><br>   Defendant. | Case No. 3:20-cv-00758-SMY |

**AFFIDAVIT OF ROBERT PLUMMER**

I, Robert Plummer, having been duly sworn, hereby make the following statements based upon my personal knowledge, information and belief.

1.  I am over 18 years of age, am competent to give this affidavit which is of my personal knowledge, and am a resident of the State of Illinois.

2.  I have personal knowledge as to the legal entity Old Capitol Properties LLC.

3.  The Holiday Inn Express & Suites hotel located at 21 Mattes Avenue in Vandalia, Illinois hotel is owned by Old Capitol Properties, LLC. I am the Manager of Old Capitol Properties, LLC and have hired a management company to oversee operations at the Holiday Inn Express in Vandalia, IL.

4.  Rick A. Cripe is not an owner, officer, employee, general agent, managing agent or registered agent of Old Capitol Properties, LLC.

5.  Rick A. Cripe does not have any ownership interest in the Holiday Inn Express & Suites, Vandalia.

6.  Rick A. Cripe is not an officer, employee, general agent or managing agent of the Holiday Inn Express & Suites, Vandalia.

**EXHIBIT A**

7. The Holiday Inn Express & Suites, Vandalia has never served or functioned as Rick A. Cripe's "dwelling or usual place of abode."

8. Kevin Burdine is the general manager of the Holiday Inn Express & Suites located at 21 Mattes Avenue in Vandalia, Illinois and he held that position on August 17, 2020.

9. Kevin Burdine is not an officer, employee, general or managing agent of Old Capitol Properties LLC or its registered agent authorized by appointment or by law to receive service of process on behalf of Old Capitol Properties, LLC.

10. Kevin Burdine is an employee of General Hotels Corporation.

11. The website for the Holiday Inn Express & Suites, Vandalia is created and maintained by General Hotels Corporation and InterContinental Hotels Group plc or IHG, a British multinational hospitality company headquartered in Denham, Buckinghamshire, England.

12. Old Capitol Properties, LLC does not maintain the Holiday Inn Express & Suites, Vandalia hotel website or coordinate what information is placed on the website of the Holiday Inn Express & Suites, Vandalia or other third party online reservations systems including Expedia.com, Booking.com, Orbitz.com, Agoda.com or Trip.com.

**Further Affiant Sayeth Not.**

_____
Robert Plummer

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ (Date)

_____ (Signature)
Robert Plummer

2

STATE OF ILLINOIS  )
                   ) ss.
MADISON COUNTY     )

    The undersigned, a Notary Public in and for the county and state aforesaid, DOES HEREBY CERTIFY that Robert L. Plummer, personally known to me to be the person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, as Manager of Old Capitol Properties, LLC, pursuant to the articles and by-laws of said corporation, for the uses and purposes therein set forth.

    Given under my hand and Notarial Seal this 8th day of September 2020.

_____
Notary Public

OFFICIAL SEAL
BRUCE A RIEDLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/13/20