# Select A Case

**Deborah Laufer is a plaintiff in 6 cases.**

| Case | Title | Status |
|---|---|---|
| 3:20-cv-00576-JPG | Laufer v. Kalpana, Inc. | filed 06/16/20 |
| 3:20-cv-00577-JPG | Laufer v. Patel et al | filed 06/16/20  closed 08/13/20 |
| 3:20-cv-00756-JPG | Laufer v. JP Hotels, Inc. | filed 08/05/20 |
| 3:20-cv-00757-JPG | Laufer v. Mansi and Sanket, Inc. | filed 08/05/20 |
| 3:20-cv-00758-SMY | Laufer v. Cripe | filed 08/05/20 |
| 3:20-cv-00760-JPG | Laufer v. Hiway House, Inc. | filed 08/05/20 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/19/2020 13:37:27 | | | |
| **PACER Login:** | hrva0022:2562828:0 | **Client Code:** | 9999010-1 |
| **Description:** | Search | **Search Criteria:** | Last Name: Laufer First Name: Deborah |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT B**