
(//www.ihg.com/holidayinnexpress/hotels/us/en/reservation)

 (tel:1-888-HOLIDAY)

Sign In / Join (//www.ihg.com/rewardsclub/us/en/join)



**TRAVEL ADVISORY:** Our response to **COVID-19 (https://www.ihg.com/content/us/en/customer-care/travel-advisory)** and expanded **IHG Way of Clean (https://www.ihg.com/content/us/en/customer-care/clean-promise)**

## Important Announcements

**IHG Way of Clean** (https://www.ihg.com/clean) includes deep cleaning with hospital-grade disinfectants, and guests can expect to see enhanced procedures, which may include: face covering requirements, various ways to reduce contact throughout the hotel, social distancing measures within public spaces and procedures based on local authorities' guidance and/or advice.

Guests can expect daily complimentary grab & go breakfast found near the breakfast bar.

Due to the seriousness of COVID-19, our pool will temporarily be closed until further notice.

# Holiday Inn Express & Suites Vandalia

21 Mattes Avenue , Vandalia, Illinois 62471

4.7/5   **1115 REVIEWS**   (//WWW.IHG.COM/HOLIDAYINNEXPRESS/HOTELS/US/EN/VANDALIA/VANIL/HOTELREVIEWS)

VIEW GALLERY      VIEW MAP



OPEN GALLERY

**Holiday Inn Express & Suites Vandalia**

Check In: 08/26/2020

Check Out: 08/27/2020

**EXHIBIT C**

SHARE THIS HOTEL

CHECK IN: 3:00 PM
CHECK OUT: 12:00 PM
CHECK-IN AGE: 18

PARKING +

SHUTTLE +

ACCESSIBILITY −

**Accessible Hotel Areas**

Public Entrance
Guest Rooms
Elevators
Public Restrooms
Registration Desk
Exercise Facility
Business Center
Pool
Number of Accessible Meeting Rooms: 1

**Hotel Areas with Accessible Routes from Accessible Public Entrance**

Registration Area
Accessible Guest Rooms
Business Center
Meeting Room
Exercise Facility
Pool

**Provided by Hotel**

Accessible Self Parking
Van Accessible Self Parking
Ramp Access
Portable Bathtub Seats
Closed Caption TVs
Visual Alarm/Alert in Guest Rooms
Visual Alarm/Alert in Public Spaces
Communication Kits with Visual Alarms



(tel:1-888-HOLIDAY)

Sign In / Join (//www.ihg.com/rewardsclub/us/en/join)

(//www.ihg.com/holidayinnexpress/hotels/us/en/reservation)

**TRAVEL ADVISORY:** Our response to **COVID-19 (https://www.ihg.com/content/us/en/customer-care/travel-advisory)** and expanded **IHG Way of Clean (https://www.ihg.com/content/us/en/customer-care/clean-promise)**

Select a Different Hotel   Best Price Guarantee   (/hotels/us/en/global/customer_care/bwc_lp?cm_sp=WPGL-HI-GLOBAL-EN-BPGGP-AIX-SAN-bpg)

# Select a Room

### Holiday Inn Express & Suites : Vandalia
21 Mattes Avenue, Vandalia, Illinois 62471

Sorry, the exact room type you're searching for isn't available. Please choose one of the available options below.

21 Mattes Avenue, Vandalia, IL, US

09/11/2020 - 09/12/2020  |  1 Guest  |  1 Room

Refine Results                                    Currency ▼

| One Bed | Two Beds | Suite |
|---|---|---|
| FROM | FROM | FROM |
| **97.84** USD | **102.59** USD | **114.94** USD |
| OR | OR | () |
| 7,500 points + 45.00 USD () | 7,500 points + 45.00 USD () | |

**Only 1 Room Left!**
King Hear Mobility Accessible Tub Nosmk
FROM **97**.**84** USD

🚭 ♿ 2 👤     **SELECT ROOM**

MORE DETAILS ⌄

**Only 1 Room Left!**

1 King Bd Hear Access Roll In Shwr Nosmk

FROM **97**⁸⁴ USD

🚭 ♿ 4 👤    SELECT ROOM

MORE DETAILS ⌄

**Only 2 Rooms Left!**

1 King Bed Hearing Accessible Nonsmoking

FROM **97**⁸⁴ USD

🚭 ♿ 4 👤    SELECT ROOM

MORE DETAILS ⌄

Rates reflect average nightly rate for one room.
**More information here**

Feedback

creditcards.chase.com/a1/ihg/premierres75k150?CELL=6S5N&cm_sp=OSMAM-EX-US-EN-RR-AI-ChasePremier-75K-G6XN-S5N)



## *Earn a $150 Statement Credit*

Plus, earn 75,000 Bonus Points with the IHG® Rewards Club Premier Credit Card.

Learn More. (https://creditcards.chase.com/a1/ihg/premierres75k150?

CELL=6S5N&cm_sp=OSMAM-EX-US-EN-RR-AI-ChasePremier-75K-G6XN-S5N)

**Back to Top**

## SOCIAL MEDIA

## COMPANY

(//www.ihg.com/hotels/US/en/find-hotels/interstitial?forwardUrl=http%3A%2F%2Fihg.co%2FEX_FB_Fo hotels%2Fhotel%2Frooms%3FqDest%3D21%2520Mattes%2520Avenue%2C%2520Vandalia%2C%2520IL%2C%

About IHG (//www.ihg.com/content/us/en/about/ihg)

IHG Careers (https://careers.ihg.com/)

IHG Global Brands (//www.ihg.com/content/us/en/about/brands)

Hotel Development (https://development.ihg.com/)

(//www.ihg.com/hotels/US/en/find-hotels/interstitial?forwardUrl=http%3A%2F%2Fihg.co%2FEX_TW_Fo hotels%2Fhotel%2Frooms%3FqDest%3D21%2520Mattes%2520Avenue%2C%2520Vandalia%2C%2520IL%2C%

Need Help? Email Management (//www.ihg.com/rewardsclub/us/en/email-management)

Explore Hotels (//www.ihg.com/holidayinnexpress/)

IHG Blog (https://blog.ihg.com)

(//www.ihg.com/hotels/US/en/find-hotels/interstitial?forwardUrl=http%3A%2F%2Finstagram.com%2Fl hotels%2Fhotel%2Frooms%3FqDest%3D21%2520Mattes%2520Avenue%2C%2520Vandalia%2C%2520IL%2C%

Terms of Use (//www.ihg.com/content/us/en/customer-care/tc)

AdChoices  (//www.ihg.com/content/us/en/customer-care/privacy_statement#3)

Privacy and Cookie Center (//www.ihg.com/content/us/en/customer-care/privacy-and-cookie-center)

Do Not Sell My Personal Info (//www.ihg.com/hotels/us/en/customer-care/forms/privacy?hideBack=true&option=doNotSell)

Site Map (//www.ihg.com/holidayinnexpress/content/us/en/support/site-map)

Feedback

Top Destinations



Book online or call:
**1-888-HOLIDAY (tel:1-888-HOLIDAY)**


(//www.ihg.com/hotels/US/en/find-hotels/interstitial?forwardUrl=http%3A%2F%2Fgo.one US-EN-MAN-Footer-AppDownload&srcUrl=https%3A%2 hotels%2Fhotel%2Frooms%3FqDes

(//www.ihg.com/hotels/US/en/find-hotels/interstitial?forwardUrl=http%3A%2F%2Fgo.one US-EN-MAN-Footer-AppDownload&srcUrl=https%3A%2 hotels%2Fhotel%2Frooms%3FqDes

**For Wherever Life Takes You**

Learn more (/content/us/en/support/mobile) about our free apps and mobile websites

© 2020 IHG. All rights reserved. Most hotels are independently owned and operated.

Feedback