Overview   Rooms   Location   **Amenities**   Policies   Reviews

**Stays**   Flights   Cars   Packages   Things to do   More travel ⌄

← See all properties

Illinois may have travel restrictions in place due to COVID-19.

Find out more   Dismiss

# Holiday Inn Express & Suites Vandalia
★★⯨

♡ Save     Reserve a room





47+

**4.5/5  Wonderful**                                    344 reviews ›

Guests rated this property 4.6/5 for cleanliness.

## Popular amenities

≋ Pool                    🛜 Free WiFi              🍵 Breakfast included

P Parking included        🐾 Pet Friendly          ❄ Air Conditioning

All amenities ›

21 Mattes Ave, Vandalia, IL                          View in a map ›

### Explore the area

📍 Vandalia State House                               4 min drive
📍 Fayette County Hospital                            4 min drive
✈ Vandalia, IL (VLA-Vandalia Municipal)              7 min drive
📍 Ramsey Lake State Park                             27 min drive

**EXHIBIT D**

Overview    Rooms    Location    **Amenities**    Policies    Reviews

If you have requests for specific accessibility needs, please note them in the special requests field on the booking page after selecting your room.

Accessible bathroom

Assistive listening devices available

Braille signage

In-room accessibility

Roll-in shower

Wheelchair-accessible parking

Wheelchair-accessible path of travel

## ✓ More

Fireplace in lobby

Smoke-free property

TV in lobby

# Room amenities

## 🛏 Bedroom

Air conditioning

Blackout drapes/curtains

Egyptian cotton sheets

Free cribs/infant beds

Pillow menu

Rollaway/extra beds (surcharge)

## 🚿 Bathroom

Free toiletries

Hair dryer

Shower/tub combination

## ✓ Entertainment

27-inch LCD TV

Digital channels

Premium channels

## ✗ Food and drink

Coffee/tea maker

Microwave

Refrigerator

## ✓ More

Connecting rooms available