# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBORAH LAUFER, Individually,

    Plaintiff,

  v.

RICK A. CRIPE d/b/a HOLIDAY INN EXPRESS & SUITES VANDALIA, Individually,

    Defendant.

Case No. 3:20-cv-00758-SMY

## ENTRY OF APPEARANCE

COMES NOW James G. Nowogrocki and Heyl, Royster, Voelker & Allen, P.C., and hereby enter their appearance on behalf of Defendant Old Capitol Properties, LLC, d/b/a Holiday Inn Express & Suites Vandalia (improperly named as Rick Cripe, d/b/a/ Holiday Inn Express & Suites, *Individually*)

Dated: September 8, 2020

Respectfully submitted,

/s/ *James G. Nowogrocki*
James G. Nowogrocki, #6202539
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia Street
Mark Twain Plaza III, Suite 100
Edwardsville, IL 62025
Phone: 618-656-4646
Facsimile: 618-656-7940
Primary e-service: edwecf@heylroyster.com
Secondary e-service: jnowogrocki@heylroyster.com

*Attorneys for Defendant*
*Old Capitol Properties, LLC, d/b/a Holiday Inn Express & Suites Vandalia (improperly named as Rick A. Cripe, d/b/a/ Holiday Inn Express & Suites*, Individually)

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, a copy of the foregoing was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

/s/ *James G. Nowogrocki*

*Counsel for Defendant*
*Old Capitol Properties, LLC, d/b/a Holiday Inn Express & Suites Vandalia (improperly named as Rick A. Cripe, d/b/a/ Holiday Inn Express & Suites*, *Individually*)